1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11   PATRICK CONNALLY,              )
                                    )
12             Plaintiff(s),        )      No. C04-4739 BZ
                                    )
13        v.                        )      **CONDITIONAL ORDER OF**
                                    )      **DISMISSAL**
14   DRAGON CAFE,                   )
                                    )
15             Defendant(s).        )
     ───────────────────────────── )

16

17        The parties to this matter having advised the Court

18   that they have agreed to a settlement, **IT IS HEREBY ORDERED**

19   that this action is **DISMISSED WITH PREJUDICE** and all

20   scheduled matters are **VACATED**; provided, however, that any

21   party may, within 60 days of the date of this Order, move

22   the Court to restore this matter to the calendar on the

23   grounds that the settlement has not been consummated.

24   Dated: June 21, 2005

25                       /s/ Bernard Zimmerman
                           Bernard Zimmerman
26                  United States Magistrate Judge

27
     G:\BZALL\-BZCASES\CONNALLY 2\conditionaldismissal.order.wpd
28

                                   1