```
 1  THOMAS E. FRANKOVICH (State Bar No. 074414)
    JULIA M. ADAMS (State Bar No. 230795)
 2  THOMAS E. FRANKOVICH,
    A Professional Law Corporation
 3  2806 Van Ness Avenue
    San Francisco, CA 94109
 4  Telephone:   415/674-8600
    Facsimile:   415/674-9900
 5
    Attorneys for Plaintiffs
 6  PATRICK CONNALLY
    and DISABILITY RIGHTS
 7  ENFORCEMENT, EDUCATION,
    SERVICES: HELPING YOU
 8  HELP OTHERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DRAGON CAFÉ; RUBINI ENTERPRISES, INC., a California corporation; and LIN YING and LU GUANG LONG, dba DRAGON CAFE,<br><br>　　　　Defendants.<br>_____ | **CASE NO. C04-4739 BZ**<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |
|---|---|

　　　　Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, by and through their counsel, and defendants RUBINI ENTERPRISES, LLC, *sued erroneously as RUBINI ENTERPRISES, INC., a California corporation*; and LIN YING and LU GUANG LONG, dba DRAGON CAFE, by and through their counsel, stipulate to dismissal of this action in its entirety

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: September 29, 2005

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/
Julia M. Adams
Attorneys for PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS

Dated: _____, 2005

LAW OFFICES OF PETER A. SINGLER

By: /s/
Bruce J. Napell
Attorneys for Defendants YING LIN AND GUANG LONG LU dba DRAGON CAFE

Dated: August 30, 2005

McNAMARA DODGE

By: /s/
Lisa R. Roberts
Attorneys for Defendant RUBINI ENTERPRISES, LLC., *sued erroneously as "RUBINI ENTERPRISES, INC., a California corporation"*

**ORDER**

IT IS SO ORDERED.

Dated: September 29, 2005

_____
Hon. Bernard Zimmerman
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
Judge Bernard Zimmerman

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON -2-